**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 29, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00235-CV

---

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
133rd District Court
Harris County, Texas
Trial Court Cause No. 2018-86632**

---

## MEMORANDUM OPINION

On March 24, 2020, relator Allstate Fire and Casualty Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to set aside her January 24, 2020 order compelling Allstate

to produce one or more corporate representatives for deposition in the underlying uninsured/underinsured motorist case.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our stay entered on March 25, 2020.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

2